| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Forest Park Medical Center at Fort Worth, LLC |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF TEXAS |
| Case number (if known) | 16- |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | FPMC Fort Worth Realty Partners LP<br>3030 Olive St., Suite 220<br>Dallas, TX 75219 | 214-754-0013 | Rent of Real Property | | | | $11,122,907.38 |
| 2 | The Management Co.<br>12222 N. Central Expy.<br>Dallas, TX 75234 | Mary Hatcher<br>214-446-7087 | Management Fees | Disputed | | | $1,110,939.40 |
| 3 | Valley Services Inc.<br>PO Box 742992<br>Atlanta, GA 30374 | Michael Usher<br>601-664-3129 | Trade Debt | | | | $474,361.05 |
| 4 | Vintage Medical LLC<br>1801 Royal Lane, Suite 908<br>Farmers Branch, TX 75229 | 972-869-0971 | Trade Debt | | | | $467,100.00 |
| 5 | Vertebral Technologies Inc.<br>5909 Baker Rd., Suite 550<br>Minnetonka, MN 55345 | 952-912-5400 | Trade Debt | | | | $302,400.00 |
| 6 | Summit Spine LLC<br>2912 Network Place<br>Chicago, IL 60673 | Jennifer Wilson<br>405-270-1340<br>Ext. 4010 | Trade Debt | | | | $276,047.07 |

Official Form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 1

Debtor **Forest Park Medical Center at Fort Worth, LLC**     Case number (if known) **16-**
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | Pro Silver Star Ltd. 1 Cowboys Parkway Irving, TX 75063 | 972-497-4917 | Trade Debt | | | | $273,313.65 |
| 8 | Inpatient Physician Assoc. PLLC 6901 Snider Plaza, #130 Dallas, TX 75205 | Jennifer Jackson 916-267-5689 | Trade Debt | | | | $236,733.54 |
| 9 | Spinefrontier Inc. 500 Cummings Center, Suite 3500 Beverly, MA 01915 | 972-232-3990 | Trade Debt | | | | $222,530.00 |
| 10 | Globus Medical Inc. 2560 General Armistead Ave. Audubon, PA 19403 | Jared Dyer 610-930-1800 Ext. 1642 | Trade Debt | | | | $221,365.00 |
| 11 | Provation Medical Inc. 62770 Collections Center Dr. Chicago, IL 60693 | Patricia J. Davis 215-521-8548 | Trade Debt | | | | $213,345.06 |
| 12 | Terumo BCT Inc. 10811 West Collins Ave. Lakewood, CO 80215 | Scott Schroeder 877-339-4228 Ext. 2174 | Trade Debt | | | | $175,635.92 |
| 13 | Intuitive Surgical Dept. 33629 PO Box 39000 San Francisco, CA 94139 | 408-523-2100 | Trade Debt | | | | $146,606.03 |
| 14 | Identity Media Services LLC 1801 Royal Lane, Suite 800 Dallas, TX 75229 | 972-868-3000 | Trade Debt | | | | $135,340.00 |

Debtor   **Forest Park Medical Center at Fort Worth, LLC**      Case number (if known) **16-**
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 15 | Sidley Austin LLP<br>2001 Ross Ave., Suite 3600<br>Dallas, TX 75201 | 214-981-3300 | Legal Fees | | | | $112,087.99 |
| 16 | Amendia Inc.<br>1755 West Oak Parkway<br>Marietta, GA 30062 | Tara Newby<br>770-575-5256 | Trade Debt | | | | $111,831.72 |
| 17 | Microsoft Licensing GP<br>1950 N. Stemmons Frwy, Suite 5010<br>Dallas, TX 75207 | 775-823-5600 | Trade Debt | | | | $99,649.76 |
| 18 | Thomas Protective Service Inc.<br>8475 County Road 156<br>PO Box 833<br>Kaufman, TX 75142 | Stacie Morris<br>972-962-3686 | Trade Debt | | | | $95,890.50 |
| 19 | Surgical Information Systems LLC<br>555 N. Point Center East, Suite 700<br>Alpharetta, GA 30022 | 800-930-0895 | Trade Debt | | | | $94,680.26 |
| 20 | Medusa Group LLC<br>Dominion Plaza<br>17304 Preston Rd., Suite 800<br>Dallas, TX 75252 | 972-331-5886 | Trade Debt | | | | $91,919.00 |