Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75242
214-767-8967

Erin Marie Schmidt,
for the United States Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **FOREST PARK MEDICAL CENTER** | § | **Case No. 16-40198-RFN-11** |
| **AT FORT WORTH, LLC,** | § | **Chapter 11** |
| | § | |
| **Debtor-in-Possession.** | § | |

### Appointment of the Official Unsecured Creditors' Committee

TO THE HONORABLE RUSSELL F. NELMS, U.S. BANKRUPTCY JUDGE:

In accordance with 11 U.S.C. §1102(a)(1), the United States Trustee appoints the following creditors to the Official Unsecured Creditors' Committee in the above-referenced case:

Pro Silver Star Limited
c/o TomWalker
One Cowboys Parkway
Irving, Texas 75063
(972) 497-4394
twalker@dallascowboys.net

Summit Spine, LLC
c/o Eric Buescher
141 Cherrybark Drive
Coppell, TX 75019
(214) 208-6771
ericbuescher@ymail.com

Vintage Medical, LLC
c/o Jeff Kropholler
1801 Royal Lane Suite 908

Farmers Branch, Texas 75229<br>
(972) 869-0971<br>
Jeff@VintageMed.com

DATED: January 20, 2016                Respectfully submitted,

                                              WILLIAM T. NEARY
UNITED STATES TRUSTEE

/s/ Erin Marie Schmidt
Erin Marie Schmidt
Trial Attorney
Texas State Bar No. 24033042
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas  75242
(214) 767-1075
Erin.Schmidt2@usdoj.gov