

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed November 21, 2018

_____
United States Bankruptcy Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FOREST PARK MEDICAL CENTER AT FORT WORTH, LLC, | § § | Case No.   16-40198-11 |
| | § | |
| Debtor. | § § | |

### ORDER TRANSFERRING CASE

Due to the appointment of Judge Edward L. Morris and the involvement of Judge Morris' former law firm, Munsch Hardt, in this case, the Court has determined, pursuant to 28 U.S.C. § 455(b)(2), that this case, and any associated adversary proceedings should be transferred by the Clerk of Court to the docket of Judge Mark X. Mullin.

It is **SO ORDERED.**

###End of Order###